IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

BRIAN KEITH KELLY, )
)
    Petitioner, )
)
v. ) CASE NO. CV409-136
)
WARDEN STEVE ROBERTS, )
)
    Respondent. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 14), to which objections have been filed. After a careful de novo review, the Court concurs with the Magistrate Judge's Report and Recommendation, which is **ADOPTED with the following modification** as the Opinion of the Court. Petitioner's 28 U.S.C. § 2254 Petition is **DENIED** and this case is **DISMISSED**. The **Clerk of Court** is **DIRECTED** to **close this case**.

In the Report and Recommendation, the Magistrate Judge found that Drury v. United States, 507 F.3d 1295 (11th Cir. 2007), which holds that a motion for reconsideration of the denial of certiorari by the Supreme Court does not toll the one-year limitation period in AEDPA, reaches motions for reconsideration before the Supreme Court of Georgia. (Doc. 14 at 4 n.3.) While the Magistrate Judge may well be correct to

extend this case, it is not clear that Drury reaches this far. Moreover, it is unnecessary in this case to decide whether Drury reaches Petitioner's motion for reconsideration because even if Drury does not reach that motion, the Petition would still be untimely. That is, excluding the time while Petitioner's motion for reconsideration was pending before the Georgia Supreme Court still leaves well over 600 days in elapsed time prior to the filing of Petitioner's Federal habeas petition. Accordingly, the Court declines to adopt footnote three, and instead substitutes the reasoning that the Petition was untimely regardless of the reach of Drury.

SO ORDERED this 12th day of April, 2010.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA